MAGISTRATE JUDGE KEYS   JUDGE MANNING
07CR 0866
07 CR 866

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 2:02CR00018 |
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Alvin V Randolph | Southern District of Ohio | Eastern |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Algenon L. Marbley United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 28, 2004 | TO July 27, 2007 |

OFFENSE

Falsifying Material Facts Concerning Airplane Parts; Possession of a Machine Gun

F I L E D
12-27-07
DEC 2 7 2007

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

25 Sept. 2007
Date

United States District Judge
Honorable Algenon L. Marbley

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/26/07
Effective Date

United States District Judge