C4



MICHAEL W. DOBBINS

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

December 27, 2007

FILED
JAMES BONINI  312-435-5698
CLERK

FILE COPY

2007 DEC 31  A 11: 54

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Southern District of Ohio

260 Joseph P. Kinneary
United States Courthouse
85 Marconi Boulevard
Columbus, OH 43215-2835

F I L E D

JAN 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

Re:   US v Alvin V. Randolph   Your case number 02-CR 18

Our case number:   07 cr 866   - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding Alvin Randolph, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   Laura Springer, Deputy Clerk

Enclosure